UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   1:23-mj-03583 Damian

UNITED STATES OF AMERICA,

v.

WILSOL RODRIGUEZ,
ANDRE HERALDO, and
JUNIOR MATOS,

Defendants,
_____/

FILED BY ____ER____ D.C.

Aug 14, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? **No**

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? **No**

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? **No**

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:   /s/ *Jessica J. Ayer*
JESSICA J. AYER
Special Assistant United States Attorney
Court ID No. A5502916
99 N.E. 4th Street
Miami, FL 33132
Tel. No. (305) 510-8179
Fax No. (305) 536-4676
E-mail: Jessica.Ayer@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>WILSOL RODRIGUEZ,<br>ANDRE HERALDO, and<br>JUNIOR MATOS,<br>*Defendant(s)* | Case No. 1:23-mj-03583 Damian |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about __August 3, 2023__, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b). |
| | Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

Th complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Lewis Hosch, Task Force Officer DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time

Date: August 14, 2023

*Judge's signature*

City and state:  Miami, Florida     Hon. Melissa Damian, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Lewis Hosch, being duly sworn, hereby depose and state the following:

1. I am employed as a Detective with the City of Homestead Police Department and have served in this capacity since January 2005. I am currently a Task Force Officer with the Drug Enforcement Administration ("DEA") and have served in this capacity since August 2019. As such, I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510 (7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21, and 46 of the United States Code. I am currently assigned to the DEA's Miami Field Division in Miami, Florida and have personally conducted and participated in numerous investigations resulting in the arrest and prosecution of various individuals for federal narcotics violations. Based on my training and experience as a Task Force Officer with the DEA, I am familiar with the manner in which narcotics traffickers and narcotics-trafficking organizations operate. I am also knowledgeable about federal criminal statutes, particularly narcotics statutes.

2. The facts set forth in this Affidavit are based on my personal knowledge as well as information obtained from others. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint against WILSOL RODRIGUEZ, ANDRE HERALDO, and JUNIOR MATOS, for knowingly and willfully conspiring to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

3. On or about August 3, 2023, a Maritime Patrol Aircraft ("MPA") detected a go-fast vessel (GFV) approximately 60 nautical miles North of La Guajira, Colombia, in international waters. The GFV had three individuals on board, two outboard engines, a tarp covering the bow

of the vessel, and displayed no indicia of nationality. The His Majesty's Ship (HMS) DAUNTLESS, with embarked United States Coast Guard (USCG) Law Enforcement Detachment Team (LEDET), which was in the area, was diverted to interdict and investigate. The USCG assumed tactical control of HMS DAUNTLESS and granted a Statement of No Objection for the USCG LEDET to conduct a Right of Visit boarding. The USCG LEDET launched a smaller boat with a USCG boarding team to approach the GFV.

4. When the USCG boarding team arrived alongside the GFV, the boarding team proceeded to ask who the master or person in charge of the vessel was, and all three individuals refused to make a claim of nationality for the vessel. Consequently, the vessel was treated as a vessel without nationality and, therefore, subject to the jurisdiction of the United States.

5. The three individuals on board were later identified as WILSOL RODRIGUEZ, a national of Colombia, and ANDRE HERALDO and JUNIOR MATOS, nationals of the Dominican Republic. The USCG boarding team recovered and seized a total of forty-one (41) bales. The contents of the bales were field tested and tested positive for the presence of cocaine with an approximate weight of 1,230 kilograms of cocaine. All three individuals, along with the suspected cocaine, were transferred to the HMS DAUNTLESS.

SPACE INTENTIONALLY BLANK

6. Based on the foregoing facts, I submit that probable cause exists to believe that WILSOL RODRIGUEZ, ANDRE HERALDO, and JUNIOR MATOS, did knowingly and willfully conspire to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

FURTHER AFFIANT SAYETH NAUGHT.

_____
LEWIS HOSCH
SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time this 14th day of August 2023.

_____
HONORABLE MELISSA DAMIAN
UNITED STATES MAGISTRATE JUDGE

3